**SEALED**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 1 2015

David J. Bradley, Clerk
Laredo Division

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NO. |
| | § | |
| MONICA ISABEL PEREZ | § | L-15-0076 |

SEALED INDICTMENT

**THE GRAND JURY CHARGES THAT:**

COUNT ONE

On or about September 6, 2014, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**MONICA ISABEL PEREZ,**

did knowingly conspire and agree with other persons known and unknown to the Grand Jurors to possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(B).

## COUNT TWO

On or about September 6, 2014, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**MONICA ISABEL PEREZ,**

did knowingly possess with intent to distribute a controlled substance. This violation involved a quantity of 500 grams and more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and Title 18, United States Code, Section 2.

A TRUE BILL:

**ORIGINAL SIGNATURE ON FILE**

KENNETH MAGIDSON
UNITED STATES ATTORNEY

SARAH M. ELLISON
Assistant United States Attorney